B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wright, Ronnie Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wright, Janie Lucille** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1247** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5834** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1409 Lincoln Hwy**<br>**Dekalb, IL**<br>ZIP Code **60115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1409 Lincoln Hwy**<br>**Dekalb, IL**<br>ZIP Code **60115** |
| County of Residence or of the Principal Place of Business:<br>**Dekalb** | County of Residence or of the Principal Place of Business:<br>**Dekalb** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 15**<br>**Cortland, IL**<br>ZIP Code **60112** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 15**<br>**Cortland, IL**<br>ZIP Code **60112** |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** **Jeffrey M. Krasner 01524909** ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Wright, Ronnie Lee**<br>**Wright, Janie Lucille** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed: **ND IL, WD** | Case Number:<br>**06-71487** | Date Filed:<br>**8/18/06** |
| Location<br>Where Filed: **ND IL, ED** | Case Number:<br>**00-12983** | Date Filed:<br>**5/01/00** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>*- None -* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** */s/ Jeffrey M. Krasner*    **December 1, 2008**<br>Signature of Attorney for Debtor(s)    (Date)<br>**Jeffrey M. Krasner** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Wright, Ronnie Lee**
**Wright, Janie Lucille**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Ronnie Lee Wright*
Signature of Debtor  **Ronnie Lee Wright**

X  */s/ Janie Lucille Wright*
Signature of Joint Debtor  **Janie Lucille Wright**

_____
Telephone Number (If not represented by attorney)

**December 1, 2008**
Date

### Signature of Attorney*

X  */s/ Jeffrey M. Krasner*
Signature of Attorney for Debtor(s)

**Jeffrey M. Krasner 01524909**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF JEFFREY M. KRASNER**
Firm Name
**a Professional Corporation**
**407 W State St, Ste 4**
**Sycamore, IL 60178-1455**
Address

Email: **krasnerlaw@comcast.net**
**815-899-8436  Fax: 815-895-1700**
Telephone Number

**December 1, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re  *Ronnie Lee Wright*
       *Janie Lucille Wright*
                                Debtor(s)

Case No. _____
Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  */s/ Ronnie Lee Wright*
        *Ronnie Lee Wright*

Date:  *December 1, 2008*

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
### Northern District of Illinois

In re  *Ronnie Lee Wright*
      *Janie Lucille Wright*
                              Debtor(s)

Case No. _____

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Janie Lucille Wright*
                       *Janie Lucille Wright*

Date:   *December 1, 2008*

JEFFREY M. KRASNER
LAW OFFICES OF JEFFREY M. KRASNER
A PROFESSIONAL CORPORATION
407 W STATE ST, STE 4
SYCAMORE, IL 60178-1455

ELAN FINCL
CB DISPUTES   PO BOX 108
ST LOUIS MO 63166

MERCHANTS CR
223 W JACKSON ST
CHICAGO IL 60606

RONNIE LEE WRIGHT
JANIE LUCILLE WRIGHT
P.O. BOX 15
CORTLAND IL 60112

FINCNTRL SVC
P O BOX 668 N114
GERMANTOWN WI 53022

MRSI
2250 E DEVON AVE STE 352
DES PLAINES IL 60018

ILLINOIS TITLE LOANS, INC.
2733 SYCAMORE ROAD
SUITE B
DE KALB IL 60115

H&R ACCOUNTS
P O BOX 672
MOLINE IL 61266

NCO FIN /99
POB 41466
PHILADELPHIA PA 19101

MIDWESTERN FINANCE CO
8100 W 159TH ST
ORLAND PARK IL 60462

HSTN FUNDING
2620 FOUNTAINVIEW
HOUSTON TX 77057

NCO FIN/99
PO BOX 15636
WILMINGTON DE 19850

CAP ONE
POB 30281
SALT LAKE CITY UT 84130

I C SYSTEM INC
PO BOX 64378
SAINT PAUL MN 55164

NICOR GAS
1844 FERRY ROAD
NAPERVILLE IL 60563

CMI
4200 INTERNATIONAL
CARROLLTON TX 75007

ILLINOIS COLLECTION SE
8231 185TH ST STE 100
TINLEY PARK IL 60487

PALISAD COLL
210 SYLVAN AVE
ENGLEWOOD CLIF NJ 07632

COLLECTION
700 LONGWATER DRIV
NORWELL MA 02061

KCA FINL
628 NORTH STREET
GENEVA IL 60134

PELLETTIERI
991 OAK CREEK DR
LOMBARD IL 60148

COLLECTION COMPANY O
700 LONWATER DRIVE
NORWELL MA 02061

KOMYATTASSOC
9650 GORDON DRIVE
HIGHLAND IN 46322

PINNACLE FIN
7825 WASHINGTON AV
MINNEAPOLIS MN 55439

CREDIT PROTECTION ASSO
13355 NOEL RD STE 2100
DALLAS TX 75240

LVNV FUNDING
P.O. B   10584
GREENVILLE SC 29603

RMA/CHECK IT
PO BOX 6264
ROCKFORD IL 61125

CREDITONEBNK
PO BOX 98872
LAS VEGAS NV 89193

MED BUSI BUR
1460 RENAISSANCE D
PARK RIDGE IL 60068

ROCKFORD MER
PO BOX 5847
ROCKFORD IL 61125

| | | |
|---|---|---|
| STATE COLLS<br>PO BOX 6250<br>MADISON WI 53701 | AT&T<br>C/O CALVARY PORTFOLIO SVCS<br>PO BOX 27288<br>TEMPE AZ 85282-7288 | CHC HEATING & COOLING<br>PO BOX 696<br>SOMONAUK IL 60552 |
| TARGET N.B.<br>PO BOX 673<br>MINNEAPOLIS MN 55440 | AURORA EMERGENCY ASSOC<br>C/O DEPENDON COLL SVCS<br>7627 W LAKE ST, STE 210<br>RIVER FOREST IL 60305 | CITY OF DEKALB<br>WATER BILLING DEPT<br>200 S FOURTH STREET<br>DEKALB IL 60115 |
| TRAC-A-CHEC<br>PO BOX 2764<br>DAVENPORT IA 52804 | AURORA RADIOLOGY CONS<br>641 E BUTTERFIELD ROAD<br>SUITE 407<br>LOMBARD IL 60148 | CITY OF NAPERVILLE<br>C/O PENN CREDIT CORP<br>PO BOX 988<br>HARRISBURG PA 17108-0988 |
| TRAC-A-CHEC<br>PO BOX 2764<br>DAVENPORT IA 52809 | AURORA RADIOLOGY CONSULTAN<br>570 E. 22ND ST.<br>LOMBARD IL 60148 | COMCAST<br>C/O CREDIT PROT ASSOC<br>13355 NOEL ROAD<br>DALLAS TX 75247 |
| US BANK<br>205 W 4TH ST<br>CINCINNATI OH 45202 | BINDAL ANESTHESIOLOGISTS<br>541 OTIS BOWEN DRIVE<br>MUNSTER IN 46321 | COMED<br>BILL PAYMENT CENTER<br>CHICAGO IL 60668-0001 |
| WASHMTL/PROV<br>PO BOX 9180<br>PLEASANTON CA 94588 | BLUE CROSS BLUE SHIELD<br>C/O COMPREHENSIVE SVCS<br>PO BOX 2503<br>LANSING MI 48826 | COMED<br>C/O NCO FINANCIAL SERVICES<br>PO BOX 41417, DEPT 99<br>PHILADELPHIA PA 19101 |
| AMBULATORY SURGICAL CTR<br>C/O ILLINOIS COLLECTION SV<br>PO BOX 646<br>OAK LAWN IL 60454-0646 | BOB HART<br>15607 S. HARLEM AVENUE<br>ORLAND PARK IL 60462 | COMMUNITY HOSPITAL<br>PATIENT ACCOUNTS<br>PO BOX 3602<br>MUNSTER IN 46321 |
| AMERICAN SCHOOL<br>2200 E. 17TH STREET<br>LANSING IL 60438 | CARDMEMBER SERVICE<br>CITIZENS FIRST NATIONAL<br>PO BOX 790408<br>SAINT LOUIS MO 63179-0408 | D.D. DHARKAR, M.D.<br>5219 N HARLEM<br>CHICAGO IL 60656 |
| APLM LTD<br>1050 W KINZIE STREET<br>CHICAGO IL 60642 | CASEY'S<br>C/O TRAC-A-CHEC, INC<br>PO BOX 2764<br>DAVENPORT IA 52809-2764 | DE KALB CLINIC<br>217 FRANKLIN STREET<br>DEKALB IL 60115 |
| ASSOC PATHOLOGISTS OF JOLI<br>330 MADISON ST., STE 200A<br>JOLIET IL 60435 | CASTLE BANK<br>141 W LINCOLN HWY<br>DEKALB IL 60115 | DE KALB MAGNETIC RESONANCE<br>2475 W. BETHANY RD.<br>SYCAMORE IL 60178 |

| | | |
|---|---|---|
| DEKALB CLINIC<br>C/O MERCHANTS CREDIT<br>223 W. JACKSON ST.<br>CHICAGO IL 60606 | EDWARD HOSPITAL & HEALTH S<br>801 S. WASHINGTON STREET<br>NAPERVILLE IL 60540-7060 | ILLIANA SURGERY & MED CTR<br>701 SUPERIOR AVENUE<br>MUNSTER IN 46321 |
| DEKALB MRI<br>C/O COLL SVCS OF FREEPORT<br>PO BOX 496<br>FREEPORT IL 61032 | ELLEN BARNES, DDS<br>345 W SULLIVAN ROAD<br>AURORA IL 60506-1404 | ILLINOIS NEURO-SPINE CENT<br>PO BOX 2091<br>AURORA IL 60507-2091 |
| DELNOR COMM HOSPITAL<br>PO BOX 739<br>MOLINE IL 61266-0739 | EMERGENCY TREATMENT SC<br>900 JORIE BLVD, STE 220<br>OAK BROOK IL 60523 | INGALLS MEMORIAL HOSPITAL<br>1 INGALLS DRIVE<br>HARVEY IL 60426 |
| DEVRY UNIVERSITY<br>C/O ENTERPRISE RECOVERY<br>2400 S WOLF RD, STE 200<br>WESTCHESTER IL 60154 | EMPI<br>599 CARDIGAN ROAD<br>SAINT PAUL MN 55126-4099 | JEWEL OSCO<br>C/O TRS RECOVERY SERVICE<br>PO BOX 60012<br>CITY OF INDUSTRY CA 91716-0012 |
| DOLLAR GENERAL<br>C/O CLEARCHECK, INC<br>PO BOX 27087<br>GREENVILLE SC 29616-2087 | FAITH HUML<br>31 CHURCH STREET<br>SANDWICH IL 60548 | JIM & JODI MCCULLOM<br>832 S SECOND STREET<br>DEKALB IL 60115 |
| DR. ALAM SAROOR<br>1200 W SOUTH STREET<br>PLANO IL 60545-1790 | FIFTH THIRD BANK<br>PO BOX 740778<br>CINCINNATI OH 45274 | JOHN A GORDON, DMD<br>901 WEST ROUTE 34<br>SUITE 103<br>PLANO IL 60545 |
| DR. GUILLERMO PHILLIPS<br>C/O MEDICAL COLLECTION SYS<br>725 S WELLS ST, STE 700<br>CHICAGO IL 60607 | FIRST CONSUMER NATL BANK<br>C/0 GENESIS FINANCIAL<br>PO BOX 2445<br>HARKER HEIGHTS TX 76548 | KISHWAUKEE COMM HOSPITAL<br>626 BETHANY ROAD<br>DEKALB IL 60115 |
| DR. MARIANA GIGEA<br>C/O FALLS COLLECTIONS SERV<br>PO BOX 668<br>GERMANTOWN WI 53022 | FOX VALLEY CARDIOVASCULAR<br>1320 N. HIGHLAND AVE<br>STE. A<br>AURORA IL 60506-1460 | KISHWAUKEE COMM. HOSPITAL<br>MAIL PROCESSING CENTER<br>P.O. BOX 739<br>MOLINE IL 61266-0739 |
| DREYER MEDICAL CLINIC<br>1870 WEST GALENA BLVD<br>AURORA IL 60506 | HSBC BANK NEVADA<br>16430 N SCOTTSDALE 300<br>SCOTTSDALE AZ 85254 | KRANE PRODUCTS<br>PO BOX 310721<br>BOCA RATON FL 33431-0721 |
| DRS. KASPER, HEATON ET AL<br>7625 W 159TH STREET<br>TINLEY PARK IL 60477-1309 | ILIANA SURG & MED CTR<br>701 SUPERIOR AVENUE<br>MUNSTER IN 46321 | LABORATORY PHYSICIANS LLC<br>PO BOX 10200<br>PEORIA IL 61612-0200 |

LIFEWATCH/CCR
PO BOX 24475
CLEVELAND OH 44124

PALOS EMERGENCY MED SVC
C/O MERCHANTS CREDIT GUIDE
223 W JACKSON BLVD
CHICAGO IL 60606

RUSH-COPLEY MEDICAL CENTER
2000 OGDEN AVE.
AURORA IL 60504

LOYOLA U MED CTR
PO BOX 95994
CHICAGO IL 60694-5009

PEMS
C/O ILLINOIS COLLECTION SV
PO BOX 646
OAK LAWN IL 60454-0646

SBC COMMUNICATIONS
C/O NCO FINANCIAL SERVICES
PO BOX 41417, DEPT 99
PHILADELPHIA PA 19101

LOYOLA UNIV PHYSICIANS
C/O MERCHANTS CREDIT GUIDE
223 W JACKSON BLVD
CHICAGO IL 60606

PHYSICANS PROMPT CARE
18210 LAGRANGE ROAD
SUITE 110
TINLEY PARK IL 60477

SCHOLASTIC
2931 EAST MCCARTY STREET
JEFFERSON CITY MO 65102

MIDWEST PAIN MGMT CTR
701 SUPERIOR AVE
MUNSTER IN 46321

PRAIRIE VIEW DENTAL, LLC
115 W PEACE ROAD
SYCAMORE IL 60178

SMITH & TUCKER
1958 ABERDEEN CT, SUITE 1
SYCAMORE IL 60178

MIDWEST PHYSICIAN GROUP
C/O ILLINOIS COLLECTION SV
PO BOX 646
OAK LAWN IL 60454-0646

PROGRESSIVE INSURANCE
C/O NCO FINANCIAL SERVICES
PO BOX 41417, DEPT 99
PHILADELPHIA PA 19101

SOUTHWEST PHYSICAL THERAPY
18210 LAGRANGE ROAD
TINLEY PARK IL 60477

MUHAMMED MOHUIDDEN
19 JOYCE LANE
STREAMWOOD IL 60107

PROVENA MERCY CENTER
1325 N. HIGHLAND AVE
AURORA IL 60506

SULLIVAN URGENT AID
C/O ILLINOIS COLLECTION SV
PO BOX 646
OAK LAWN IL 60454-0646

MUNSTER RADIOLOGY GROUP
9201 CALUMET AVENUE
MUNSTER IN 46321

REDDY MED ASSOCIATES
PO BOX 2184
INDIANAPOLIS IN 46206-2184

SULLIVAN URGENT AID CTR
PO BOX 87844
CAROL STREAM IL 60188-7844

NICOR
POB 2020
AURORA IL 60507-2020

RESURGENT CAPITAL SVCS
C/O VIKING COLLECTIONS SVC
PO BOX 59207
MINNEAPOLIS MN 55459-0207

TARGET NATIONAL BANK
PO BOX 59317
MINNEAPOLIS MN 55459-0317

OPEN ADVANCED MRI
PO BOX 75010
BALTIMORE MD 21275-5010

RICHARD A. LEVY, MD
4647 W LINCOLN HIGHWAY
MATTESON IL 60443

TCF BANK
C/O MILLENIUM CREDIT CONS
PO BOX 18160
WEST SAINT PAUL MN 55118-0160

OPEX COMMUNICATIONS
C/O I. C. SYSTEM, INC.
PO BOX 64437
SAINT PAUL MN 55164-0437

ROAD RANGER 229
C/O TRS RECOVERY SERVICES
PO BOX 60012
CITY OF INDUSTRY CA 91716-0012

TELECHEK
C/O GS SVCS LTD PARTNERS
PO BOX 2667
HOUSTON TX 77252-2667

TINLEY PRIMARY CARE, LTD
17148 S HARLEM AVENUE
TINLEY PARK IL 60477-3370

WAL-MART STORES
P.O. BOX 2864
TUSCALOOSA AL 35403-2864

FIRSTSOURCE HEALTHCARE ADV
7650 MAGNA DRIVE
BELLEVILLE IL 62223


TRACE AMBULANCE
8400 W 183RD PLACE
TINLEY PARK IL 60477

WALGREENS
C/O CREDIT MGMT CONTROL
PO BOX 1408
RACINE WI 53401-1408

H&R ACCOUNTS INC.
7017 JOHN DEERE PARKWAY
MOLINE IL 61265


TRI CITY AMBULANCE SVC
2 E MAIN STREET
SAINT CHARLES IL 60174

WALMART
C/O CERTEGY PAY RECOVERY
PO BOX 2844
TUSCALOOSA AL 35403-2844

HEALTH CARE BILLING SERVIC
PO BOX 4
CLINTON IA 52733-0004


TRI CITY RADIOLOGY
9410 COMPUBILL DR.
ORLAND PARK IL 60462-4690

WALMART
C/O JNR ADJUSTMENT CO
PO BOX 27070
MINNEAPOLIS MN 55427-0070

I. C. SYSTEM, INC.
PO BOX 64437
SAINT PAUL MN 55164-0437


U W HEALTH PHYSICIANS
PO BOX 2978
MILWAUKEE WI 53201-2978

WALMART
C/O TRS RECOVERY SERVICES
PO BOX 60012
CITY OF INDUSTRY CA 91716-0012

KCA FINANCIAL SERVICES
628 NORTH STREET
P.O. BOX 53
GENEVA IL 60134


US BANK
425 WALNUT ST, CN WN 15
CINCINNATI OH 45202

RITA WRIGHT
3839 FLYING CLOUD LANE
LAKE HAVASU CITY AZ 86406

M3 FINANCIAL SVC
PO BOX 802089
CHICAGO IL 60680


UTILITIES, INC
C/O NCO FINANCIAL SERVICES
PO BOX 41417, DEPT 99
PHILADELPHIA PA 19101

COMPUTER CREDIT
P.O. BOX 5238
WINSTON SALEM NC 27113

MEDICAL COLLECTIONS SYSTEM
725 S WELLS ST, STE 700
CHICAGO IL 60607


VALLEY EMERGENCY CARE
P.O. BOX 9030
WHEELING IL 60090

CREDITORS COLLECTION BUREA
PO BOX 1210
OAKS PA 19456

MONITOR FINANCIAL SVCS
PO BOX 1104
OSWEGO IL 60543


VALLEY WEST COMM HOSP
11 E PLEASANT STREET
SANDWICH IL 60548

DENNIS A. BREBNER & ASSOCI
860 NORTHPOINT BLVD.
WAUKEGAN IL 60085-8211

PINNACLE MGMT SVCS
514 MARKET LOOP
SUITE 103
WEST DUNDEE IL 60118


VERIZON NORTH
PO BOX 920041
DALLAS TX 75392-0041

DIVERSIFIED SERVICES GROUP
5800 EAST THOMAS ROAD
SCOTTSDALE AZ 85251

RICHARD P KOMYATTE & ASSOC
9650 GORDON AVENUE
HIGHLAND IN 46322